FREDERICK B. VANDERGRIFT, Respondent, *v.* THE COWLES ENGINEERING COMPANY et al., Appellants.

(Submitted October 2, 1899; decided October 3, 1899.)

Motion to revive granted, and action continued in the name of Harriet H. Vandergrift, as executrix of Frederick B. Vandergrift, deceased.

---

In the Matter of the Application of ORVILLE M. BARKLEY to Substitute Attorneys in Action of ORVILLE M. BARKLEY *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY.

STEPHEN K. WILLIAMS et al., Appellants.

(Submitted October 2, 1899; decided October 3, 1899.)

Motion to extend time to file return granted.

---

THE SKANEATELES WATER WORKS COMPANY, Appellant, *v.* THE VILLAGE OF SKANEATELES et al., Respondents.

SAME *v.* SAME.

Reported below, 33 App. Div. 627, 642.
(Submitted October 2, 1899; decided October 5, 1899.)

MOTION to advance appeals from judgments of the Appellate Division of the Supreme Court in the fourth judicial department, entered respectively August 1 and October 18, 1898, affirming judgments in favor of defendants entered upon the reports of a referee.

The motion was made upon the ground that the speedy hearing of the appeals is of public importance.

*M. F. Dillon* for motion.

No one opposed.

Motion granted in each case upon condition that the attorneys submit the cases on or before the 20th of October, 1899, otherwise the motion is denied.